# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

IT APPEARING THAT case number 18-cv-3967 was electronically opened in error, therefore

IT IS HEREBY ORDERED that the assignment of 18-cv-3967 shall be vacated and that case number 18-cv-3967 shall not be used for any other proceeding.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

Chief Judge Ruben Castillo

Dated at Chicago, Illinois this 11th day of June, 2018.